Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
LAW OFFICES OF LINCOLN BANDLOW, PC
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

*Attorney for Plaintiff*
*Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 3:19-cv-00158-RS |
| Plaintiff, | Honorable Richard Seeborg |
| vs. | **PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 162.236.15.245** |
| JOHN DOE subscriber assigned IP address 162.236.15.245, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 162.236.15.245 are voluntarily dismissed without prejudice.

Dated:  June 4, 2019              Respectfully submitted,
                                  By: */s/ Lincoln D. Bandlow*
                                  Lincoln D. Bandlow, Esq.
                                  LAW OFFICES OF LINCOLN BANDLOW, PC
                                  *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Lincoln D. Bandlow*
Lincoln D. Bandlow, Esq.